874 A.2d 1102

RUSSELL E. LERMAN, ETC., PLAINTIFF–PETITIONER, v. DI-
ANE LEGREIDE, DIRECTOR, STATE OF NEW JERSEY, DIVI-
SION OF MOTOR VEHICLES, DEFENDANT–RESPONDENT.

May 13, 2005.

Denied.

874 A.2d 1102

EFRAIN DURAN, PETITIONER–PETITIONER, v. NEW
JERSEY DEPARTMENT OF CORRECTIONS,
RESPONDENT–RESPONDENT.

May 25, 2005.

Denied.

874 A.2d 1103

LINDA MAGUE, PLAINTIFF–PETITIONER, v. MAGNETRAN,
INC., DEFENDANT–RESPONDENT.

May 25, 2005.

It is ORDERED that the petition for certification is granted;
and it is further

ORDERED that the motion for summary reversal of the courts
below is granted. The matter is remanded to the Law Division
for filing of the Complaint.